___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 1 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUSAB MOHAMMED MASMARI,<br><br>Defendant. | CR14-122 RSM<br><br>INFORMATION |

The United States Attorney charges that:

### COUNT ONE

(Arson)

On or about January 1, 2014, at Seattle, within the Western District of Washington, MUSAB MOHAMMED MASMARI knowingly and maliciously damaged and destroyed, by means of fire, a building and other real property used in interstate commerce and in any activity affecting interstate commerce, that is, Neighbours Nightclub.

//
//
//

INFORMATION - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  All in violation of Title 18, United States Code, Section 844(i).

2  DATED this  1st  day of May, 2014.

_____
JENNY A. DURKAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

INFORMATION - 2