Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00122-RSM |
| Plaintiff, | ***STATEMENT OF RESPONSIBILITY*** |
| v. | |
| MUSAB MOHAMMED MASMARI, Defendant. | |

DATED this 28th day of July, 2014

I, Musab Masmari, make the following statement concerning my responsibility for the fire at Neighbours Nightclub on New Year's Eve. On New Year's Eve I bought a cheap bottle of whiskey and then drank all of it. I do not remember what happened after I drank the whiskey. Although I do not remember what happened, I know that I am the person responsible for the fire Neighbours.

Before I was arrested and saw the evidence, I was afraid that I was responsible. I was told of there was picture of me from the bar and the police were looking for me. After being told of the picture, I believed that I was likely responsible. After I was arrested I saw the video of myself in Neighbors shortly before the fire. I also recognized the gas can that the police found at the top of the

Swift & McDonald, P.S.
1809 7th Avenue, Suite 1108
Seattle, WA 98101
(206) 441-3377

steps, as one that I used to take gas to the car. I was living in an effort to start the car so I could stay warm. After that there could be no doubt and I knew I did it.

I recognize that alcohol is not an excuse for what I did and take full responsibility for my actions. I am sorry for the damage I caused, and I am grateful that no one was hurt. I should have gotten alcohol counseling, when it was offered by the state of Washington. I wish I had. I do not believe that I am a bad man but when I get drunk I have done bad things. I swear that it is my intent to never drink again, and if I am offered a second chance at alcohol treatment, I will take it.

Respectfully submitted,

_____
Musab Masmari

Statement of Responsibility - 2

Swift & McDonald, P.S.
1809 7th Avenue, Suite 1108
Seattle, WA 98101
(206) 441-3377

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this foregoing Defendant's Statement of Responsibility was electronically filed and served on the persons listed below by CM/ECF and e-mail:

TODD GREENBERG
Assistant United States Attorney
Western District of Washington
700 - Stewart Street, Suite 5220
Seattle, WA 98101

DATED this 28th day of July, 2014.

/s/ *Charles D. Swift*
Charles D. Swift
Counsel for Musab Musmari
cswift@prolegaldefense.com
Swift & McDonald, P.S.
1809 Seventh Avenue, Suite 1108
Seattle, WA 98101
Tel: (206) 441-3377
Fax: (206) 224-9908

Statement of Responsibility - 3

Swift & McDonald, P.S.
1809 7th Avenue, Suite 1108
Seattle, WA 98101
(206) 441-3377