PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

**Name:** Musab Masmari  **Case Number:** 2:14CR00122RSM-001
**Name of Judicial Officer:** The Honorable Ricardo S. Martinez, United States District Judge
**Date of Original Sentence:** 07/31/2014  **Date of Report:** 10/18/2024
**Original Offense:** Arson
**Original Sentence:** 120 months' custody; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 04/24/2023
**Special Conditions Imposed:**

☒ Substance Abuse   ☒ Financial Disclosure   ☐ Restitution:
☒ Mental Health     ☐ Fine                    ☐ Community Service
☒ Other: submit to search

## NONCOMPLIANCE SUMMARY

I allege Musab Masmari has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to pay towards Court-ordered restitution between May and September 2024, in violation of a special condition of supervised release. |

United States Probation Officer Action:

On March 19, 2024, Mr. Masmari signed a restitution payment plan, agreeing to commence monthly payments of $25. Mr. Masmari made restitution payments in March and April 2024, but failed to submit payments between May and September. Mr. Masmari changed jobs during that time; however, was verbally admonished for failing to make consistent payments. I verified a payment was posted this month. Moreover, Mr. Masmari has verbally agreed to continue making monthly payments of at least $25.

I consulted with Assistant United States Attorney Todd Greenberg, and he concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 18th day of October, 2024. | BY: |
| *Brieanne E. Olsen* | *Analiese D. Johnson* |
| Brieanne E. Olsen<br>United States Probation Officer | Analiese D. Johnson<br>Supervising United States Probation Officer |

| | |
|---|---|
| The Honorable Ricardo S. Martinez, United States District Judge<br>Report on Person Under Supervision | Page 2<br>October 18, 2024 |

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

October 21, 2024
Date